UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

EARNERST MCGEE; JAMES WOMBLE;
DOUGLAS EDMISTON; ALAN HOLMES;
ROBERT RICCARDINO; ROBERT
MADRIGAL; KENDAL ZINK; KIMBERLY
MOORE; SCOTT WHITMER; TERELL
BELGER; WALTER ROGERS; MICHAEL
HAZUDA; LAWRENCE MOSBLECH;
JEFFREY POWELL; TIM HAYNES; FRED
TENNISON; WELTON GRIFFIN; ALFRED
BOLTON;PATRICK WOHRLE; JOHN
WITHROW; DENNIS SMITH; DARIUS
COOK; TOM REIBER; DORIS BOX; LEAH
JANISIESKI; CHRISTOPHER BUSH;
JEROME HALL; JOSEPH YANNUZZI; SUE
SILER; ROBERTO VALENZUELA; ROBERT
BONDARUK; JIMMY HARDIN; JAMES
HANSEN; DENNIS JONES; CHARLES
GASSIOTT; ELFIJE BYTYCI; REYMUNDO
LOPEZ; RANDY REESE; JENNY GALINDO;
PETER LILES; BERNARD SCHATZ;
CHARLES HENNING; BOBBY KING;
GORDON DUNCAN; RICHARD SHEEHAN;
PATSY YOUNG; BURGESS POWELL;
TERESA DERKSEN; EDWARD OROURKE;
DAVID HUSCHER; DEBBIEROSE
ATKINSON; LINDA PATTERSON; JOHN
FEREBEE; PETE HARVEY; RON
ROBINSON; VIVIAN SAENZ; DEBRA
LEWIS; VICTOR MUNOZ; SALLESKY
MARRERO; JASON MCCALEB,

      Plaintiffs,

     v.

THE 3M COMPANY, f/k/a Minnesota Mining
and Manufacturing Co.; AGC CHEMICALS
AMERICAS INC.; AMEREX
CORPORATION; ARKEMA INC.;
ARCHROMA U.S. INC.; BUCKEYE FIRE
EQUIPMENT COMPANY; CHEMDESIGN
PRODUCTS INC.; CHEMGUARD INC.;
CHEMICALS, INC.; CLARIANT
CORPORATION, individually and as successor
in interest to Sandoz Chemical Corporation;
CORTEVA, INC., individually and as successor

No.  24-CV-7670 (RA)

ORDER

in interest to DuPont Chemical Solutions Enterprise; DEEPWATER CHEMICALS, INC.; DUPONT DE NEMOURS INC., individually and as successor in interest to DuPont Chemical Solutions, Enterprise; DYNAX CORPORATION; E. I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise; NATION FORD CHEMICAL COMPANY; THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise; THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise; TYCO FIRE PRODUCTS, LP, individually and as successor in interest to The Ansul Company; and DOE DEFENDANTS 1-20, fictitious names whose present identities are unknown,

Defendants.

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. In light of Defendants' stated intent to designate this action for transfer to the *In re Aqueous Film-Forming Foams Products Liability Litigation* multi-district litigation, MDL No. 2:18-mn-2873-RMG (D.S.C.), *see* ECF No. 1 at 3 n.1, by October 18, 2024, the parties shall file a joint letter requesting that the Court either (1) stay this proceeding pending an order of transfer; or (2) schedule an initial status conference in the matter.

SO ORDERED.

Dated:   October 11, 2024
         New York, New York

Ronnie Abrams
United States District Judge

2